**AFFIRMED AS REFORMED in part; REVERSED in Part; and REMANDED and Opinion Filed September 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00433-CV**

**LSC TOWERS, LLC AND LOVELL FAMILY LIMITED PARTNERSHIP, Appellants**
**V.**
**LG PRESTON CAMPBELL, LLC, LEON CAPITAL GROUP, LLC, AND LG ACQUISITIONS, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07734**

## SUPPLEMENTAL MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Garcia

In our opinion dated August 30, 2022, we suggested a remittitur of $34,038.50 of attorney's fees assessed against appellant Lovell Family Limited Partnership. We stated that if appellees filed a remittitur within fifteen days of the opinion's date, we would reform the trial court's judgment with respect to those attorney's fees and affirm as reformed. If appellees did not timely file a remittitur, we would reverse the

trial court's judgment with respect to the fee award against Lovell Family Limited Partnership and remand the case for further proceedings as to those attorney's fees.

On September 14, 2022, appellees filed a remittitur and asked this Court to reform the trial court's judgment to reflect the requested remittitur. Accordingly, we vacate our judgment, but not our opinion, dated August 30, 2022, and reform the trial court's judgment with respect to the attorney's fees assessed against appellant Lovell Family Limited Partnership to reflect the remittitur of $34,038.50.

We reverse the trial court's judgment to the extent it orders LSC Towers to take nothing on its claims against LG Preston for breach of contract and declaratory judgment specifically relating to the MDA, and we reverse all of the judgment's awards of attorney's fees against LSC Towers. Otherwise, we affirm the judgment as reformed. We remand the case for further proceedings consistent with our opinions.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

200433F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

LSC TOWERS, LLC AND LOVELL
FAMILY LIMITED
PARTNERSHIP, Appellants

No. 05-20-00433-CV      V.

LG PRESTON CAMPBELL, LLC,
LEON CAPITAL GROUP, LLC,
AND LG ACQUISITIONS, LLC,
Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-07734.
Opinion delivered by Justice Garcia.
Justices Myers and Molberg
participating.

We **VACATE** our judgment dated August 30, 2022. In accordance with this Court's opinion of August 30, 2022, and supplemental opinion of September __, 2022, the judgment of the trial court is **AFFIRMED AS REFORMED** in part and **REVERSED** in part.

We **REFORM** the trial court's judgment as follows. We delete the last paragraph on the first page of the judgment (the paragraph that begins "**Fees from Plaintiffs**:") and replace it with the following:

>**Fees from Plaintiffs**: Defendants shall have and recover from Plaintiff Lovell Family Limited Partnership the amount of $52,583.75, representing Defendants' reasonable and necessary attorney's fees, which are equitable and just pursuant to Tex. Civ. Prac. & Rem. Code § 37.009 et seq.

We **REVERSE** the trial court's judgment to the extent it grants summary judgment against appellant LSC Towers, LLC on its claims against appellee LG Preston Campbell, LLC, for breach of contract and for declaratory judgment to the

–3–

extent those claims are based on the Master Development Agreement. We also **REVERSE** the judgment to the extent it awards attorney's fees against appellant LSC Towers, LLC. We **REMAND** the case for further proceedings on (1) appellant LSC Towers, LLC's claims against appellee LG Preston Campbell, LLC, for breach of contract and for declaratory judgment to the extent those claims are based on the Master Development Agreement, (2) appellant LSC Towers, LLC's claims against appellee LG Preston Campbell, LLC for attorney's fees under the Uniform Declaratory Judgments Act, and (3) appellees LG Preston Campbell, LLC, Leon Capital Group, LLC, and LG Acquisitions, LLC's claims against appellant LSC Towers, LLC for attorney's fees under the Uniform Declaratory Judgments Act.

We **AFFIRM** the trial court's judgment in all other respects.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 19th day of September 2022.